# United States Court of Appeals
## For the Eighth Circuit

_____

No. 17-3113
_____

Raymond D. Elliott

*Plaintiff - Appellant*

v.

Ocwen Loan Servicing, L.L.C.

*Defendant - Appellee*
_____

Appeal from United States District Court
for the District of South Dakota - Rapid City
_____

Submitted: May 31, 2018
Filed: June 5, 2018
[Unpublished]
_____

Before LOKEN, COLLOTON, and ERICKSON, Circuit Judges.
_____

PER CURIAM.

Raymond Elliott appeals the district court's[1] adverse grant of summary judgment in his action seeking rescission of his home loan under the Truth in Lending

---

[1]The Honorable Jeffrey L. Viken, Chief Judge, United States District Court for the District of South Dakota.

Act, 15 U.S.C. §§ 1601-1667f.  Having carefully reviewed the record and the parties'
filings, <u>see</u> <u>Peterson v. Kopp</u>, 754 F.3d 594, 598 (8th Cir. 2014) (grant of summary
judgment is reviewed *de novo*; record is viewed in light most favorable to nonmoving
party), we affirm for the reasons stated in the district court's order.  <u>See</u> 8th Cir. R.
47B.

_____